PROB 12C
(6/16)

Report Date: March 13, 2025

# United States District Court

#### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2025

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| Name of Offender: Andrew Leon Beavers | Case Number: 0980 2:20CR00106-TOR-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉ Airways Heights, Washington 99001 | |

Name of Sentencing Judicial Officer: The Honorable Richard F. Cebull, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 25, 2008

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Cocaine Base, 21 U.S.C. §§ 846 and 841(a)(1) | | |
| Original Sentence: | Prison - 300 months<br>TSR - 120 months | Type of Supervision: Supervised Release | |
| Sentence Reduction:<br>(May 16, 2016) | Prison: 188 months<br>TSR:- 120 months | | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: October 11, 2019 | |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: October 10, 2029 | |

### PETITIONING THE COURT

To issue a summons.

On October 11, 2019, an officer with the U.S. Probation Officer in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Beavers, as outlined in the judgment. Mr. Beavers signed a copy of the conditions acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: It is alleged that Mr. Beavers is in violation of his supervised release conditions by not being truthful when questioned by the undersigned officer on February 13, and March 6, 2025.<br><br>On February 10, 2025, this officer received notification from the Othello Police Department that Mr. Beavers had been pulled over on February 9, 2025, for expired tabs. Mr. Beavers was not cited and he told the police officer that he had recently just moved to Othello with his girlfriend and provided an Othello address to the officer. To the undersigns knowledge he has been claiming he was residing in Airway Heights at that time. |

Prob12C
Re: Beavers, Andrew Leon
March 13, 2025
Page 2

On February 13, 2025, during a office meeting, Mr. Beavers was dishonest about where he was living. It was not until the undersigned officer advised him of the knowledge that he had told an Othello police officer upon contact of a new address where he had been living that the offender changed his story about where he is residing. At that time he requested to move to Othello.

In addition, Mr. Beavers violated the above-stated condition on March 6, 2025, during a home contact. The undersigned attempted a home contact and Mr. Beavers was not home. The undersigned contacted him via telephone and he stated he was at Laundry Land. The undersigned traveled to that location to meet with Mr. Beavers. Upon the undersigned questioning why the offender was at Laundry Land, he originally stated he was there for training on a new job he got. The undersigned asked to speak with the manager and Mr. Beaver then changed his story to that he was there to walk around. Mr. Beavers was asked to go back to his residence so a home contact could be conducted. During that drive to conduct a home visit, he sent the undersigned several text messages. One of those text messages stated he was at laundry land to return a bathroom key. Mr. Beavers story continuing to change about why he was not home and at Laundry land changed several times, which led this officer to believe he was not truthful when questioned.

2      **Special Condition #5**: Pursuant to the Violent Crime Control Act of 1994, The defendant is required to notify the United Stated Probation Officer ten (10) day prior to change of address.

**Supporting Evidence**: It is alleged that Mr. Beavers is in violation of his supervised release conditions by not residing at the approved residence since November 6, 2024.

On February 5, 2025, a home contact was attempted at approximately 1:45 p.m., at Mr. Beavers approved residence in Airway Heights, Washington, but he was not home. When he was contacted by phone, he stated he was in Othello, Washington.

On February 10, 2025, Mr. Beavers was pulled over in Othello for expired tags. During his conversation with the Othello police officer, he stated he just moved to Othello with his girlfriend.

On February 12, 2025, a home contact was attempted at his approved residence in Airway Heights, at approximately 6 a.m., but there was no answer at the door.

On February 28, 2025, a home contact was attempted at his approved residence in Airway Heights, approximately 6:05a.m., but there was no answer at the door.

On March 6, 2025, the undersigned attempted another home visit at his approved residence but once again there was no answer at the door. Mr. Beavers was contacted via cell phone and he advised he was at a local Laundromat. He was contacted there and instructed to return to his address of record for a home visit. Mr. Beavers met this officer at his approved address but the residence did not appear to contain any of his belongings. When asked where his clothes were, he said "they are on hangers in my car." When asked where his toothbrush was, his response was "In my car." He could not provide any mail with his name and address on it, and there was nothing at the residence that belonged to the offender. Based on this officers observation, it appeared he was not residing at this residence.

Prob12C
**Re: Beavers, Andrew Leon**
**March 13, 2025**
**Page 3**

| | | |
|---|---|---|
| 3 | | **Standard Condition #5:** The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons. |

**Supporting Evidence:** It is alleged that Mr. Beavers is in violation of his supervised release conditions by failing to obtain employment.

On January 2, 2025, Mr. Beavers was out of the district without permission. He advised that he was in Idaho helping his girlfriend with her business. He was asked to provide documentation that he was employed with her, such as a business license, or paystub.

On February 6, 2025, Mr. Beaver reported to the United Stated Probation Office. During that office visit he was questioned about employment. He advised that he is still helping his girlfriend out at her bouncy house business. He was asked again to provide documentation showing he is employed there.

On February 13, 2025, Mr. Beaver reported to the United Stated Probation Office. During that office visit he was questioned about employment. He was adamant that he was working for his girlfriends business and stated that his name was added to the business license. He was instructed to report to the office on February 18, 2025 with that business licence.

On February 18, 2025, Mr. Beavers reported to the office and provided documentation of a business license however, it was so blurry it was not legible. He was then directed to provide this officer with a legible copy of the business license.

As of the date of this report, Mr. Beavers has failed to provide appropriate documentation showing he is gainfully employed.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/13/2025

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

Prob12C
Re: Beavers, Andrew Leon
March 13, 2025
Page 4

THE COURT ORDERS

| | |
|---|---|
| [ ] | No Action |
| [ ] | The Issuance of a Warrant |
| [X] | The Issuance of a Summons |
| [ ] | The incorporation of the violation(s) contained in this petition with the other violations pending before the Court. |
| [X] | Defendant to appear before the Judge assigned to the case. |
| [X] | Defendant to appear before the Magistrate Judge. |
| [ ] | Other |

_____
Thomas O. Rice
United States District Judge

March 14, 2025
_____
Date