PROB 12C
(6/16)

Report Date:  April 8, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 09, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Andrew Leon Beavers          Case Number: 0980 2:20-CR-00106-TOR-1

Address of Offender: ████████████████████████████████ Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Richard F. Cebull, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 25, 2008

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess With Intent to Distribute Cocaine Base, 21 U.S.C. §§ 841(a)(1) and 846 | |
| Original Sentence: | Prison - 300 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Sentence Reduction:<br>(May 16, 2016) | Prison - 188 months<br>TSR - 120 months | |
| Asst. U.S. Attorney: | Frieda K. Zimmerman | Date Supervision Commenced: October 11, 2019 |
| Defense Attorney: | Joel Anand Baumann | Date Supervision Expires: October 10, 2029 |

## PETITIONING THE COURT

To issue a summons.

On October 11, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Beavers, as outlined in the judgment. Mr. Beavers signed a copy of the conditions acknowledging the requirements.

On May 1, 2025, the Court modified Mr. Beavers' conditions of supervision to add the special condition that he reside at a residential reentry center (RRC) for up to 180 days at the direction of the supervising officer. Given the modification, the undersigned again reviewed with Mr. Beavers all conditions of supervision to which he would be subject on May 5, 2025. He signed a copy of said conditions acknowledging the requirements.

The probation officer believes that Mr. Beavers has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: Pursuant to the Violent Crime Control Act of 1994, the defendant is required to notify the U.S. Probation Officer ten (10) days prior to change of address. |
| | **Supporting Evidence**: Mr. Beavers is considered to be in violation of his conditions of supervision by not residing at his approved residence since on or about February 5, 2026. |

Prob12C
**Re: Beavers, Andrew Leon**
**April 8, 2026**
**Page 2**

Mr. Beavers was approved to reside at the Union Gospel Mission (UGM) Men's Shelter in Pasco, Washington, while he worked to secure more stable housing locally. On April 6, 2026, while attempting to contact Mr. Beavers at the UGM, facility staff notified the probation officer that his last check-in date was February 5, 2026.

While Mr. Beavers sometimes slept in his vehicle if he worked late and missed the check-in time for the UGM, he reported to be staying at the shelter otherwise. Mr. Beavers had not informed the probation officer of any change in this residence prior to February 5, 2026, nor has he informed of any changes since that date.

It is further noted that Mr. Beavers registered a vehicle using an address in Yakima, Washington, on March 21, 2026, though he maintains this address was used solely for receiving mail.

2        **Standard Condition # 3**: The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Beavers is considered to be in violation of his conditions of supervision by not being truthful when questioned by the probation officer on or about April 6, 2026.

On April 6, 2026, while attempting to make contact with Mr. Beavers at his approved residence, the UGM in Pasco, Washington, the probation officer contacted him via phone and asked if he was still staying there. Mr. Beavers replied in the affirmative, though he noted that some nights he still sleeps in his car due to working hours past the allowed check-in time. The probation officer inquired if he was staying at the shelter a majority of the time, to which he replied in the affirmative but noted that it had "been a few days" because of how much he was working.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring Mr. Beavers to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 8, 2026

s/Ashleigh Miller

Ashleigh Miller
U.S. Probation Officer

Prob12C

**Re: Beavers, Andrew Leon**
**April 8, 2026**
**Page 3**

## THE COURT ORDERS

[ ]   No Action

[ ]   The Issuance of a Warrant

[X]   The Issuance of a Summons

[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

[ ]   Defendant to appear before the Judge assigned to the case.

[X]   Defendant to appear before the Magistrate Judge.

[ ]   Other

_Thomas A. Rice_
Signature of Judicial Officer

April 9, 2026

Date